Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–34133–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeanne A. Griscom
   aka Jeanne Anne Griscom
   317 Dundee Drive
   Williamstown, NJ 08094

Social Security No.:
   xxx–xx–1105

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          2/20/19
Time:          09:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: December 10, 2018
JAN: lgr

                                                                                              Jeanne Naughton
                                                                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-34133-JNP
Jeanne A. Griscom                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Dec 10, 2018
                              Form ID: 132             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.
```
db              +Jeanne A. Griscom,    317 Dundee Drive,    Williamstown, NJ 08094-2911
517911746       +Borough of Glassboro RCA,    Home Inprovement Program,    1 South Main Street,
                  Glassboro, NJ 08028-2539
517911748       +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517911749       +Jefferson Health NJ,    500 Marlboro Ave,    Cherry Hill, NJ 08002-2020
517911750       +KML Law Group PC,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517911753       +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517911754       +Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
517911755       +PNC Bank Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
517911756       +PNC Bank National Association,    PO Box 535230,    Pittsburgh, PA 15253-5230
517911757       +The Bank of NY Mellon Trustee,    500 Grant Street -1000,    Pittsburgh, PA 15258-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 11 2018 00:06:59      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 11 2018 00:06:54      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517911747       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 11 2018 00:16:28      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517911751       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 11 2018 00:06:09      Kohls/Capital One,
                  Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517911752       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 11 2018 00:06:53      Midland Funding LLC,
                  3111 Camino Del Rio North Suite 1300,    San Diego, CA 92108-5750
517913889       +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2018 00:15:42      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
```
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Jeanne A. Griscom jjresq@comcast.net, jjresq1@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```