UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

Jeanne Griscom

Order Filed on January 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case Number: **18-34133 JNP**

Hearing Date:

Judge: Jerrold N. Poslusny, Jr

### ORDER ALLOWING MOTION TO ALLOW DEBTOR TO APPEAR BY POWER OF ATTORNEY AT MEETING OF CREDITORS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 8, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s):            Jeanne Griscom

Case No.:           **18-34133**

Caption of Order:     ORDER WAIVING PRE-PETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT, ALLOWING DEBTOR'S POWER OF ATTORNEY TO SIGN BANKRUPTCY DOCUMENTS AND ALLOWING MOTION TO ALLOW DEBTOR TO APPEAR BY POWER OF ATTORNEY AT MEETING OF CREDITORS

**THIS MATTER** having been presented to the Court by the debtor, Jeanne Griscom, by and through counsel, Joseph J. Rogers, Esquire, and the Court having considered the matter, and for good cause shown;

**IT IS ORDERED and ADJUDGED** that the debtor, Jeanne Griscom, is excused from the requirement to take the pre-petition financial management course and the debtor education course;

**IT IS FURTHER ORDERED** that the debtor, Jeanne Griscom, is hereby excused from appearing in person at the Meeting of Creditors;

**IT IS FURTHER ORDERED** that David Griscom, by way of Power of Attorney, may sign bankruptcy documents and appear on behalf of the debtor, Jeanne Griscom, at the First Meeting of Creditors.