UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

Jeanne Griscom



Order Filed on January 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case Number: **18-34133 JNP**

Hearing Date:

Judge: Jerrold N. Poslusny, Jr

# ORDER ALLOWING MOTION TO ALLOW DEBTOR TO APPEAR BY POWER OF ATTORNEY AT MEETING OF CREDITORS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 8, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s):         Jeanne Griscom
Case No.:         **18-34133**
Caption of Order:    ORDER WAIVING PRE-PETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT, ALLOWING DEBTOR'S POWER OF ATTORNEY TO SIGN BANKRUPTCY DOCUMENTS AND ALLOWING MOTION TO ALLOW DEBTOR TO APPEAR BY POWER OF ATTORNEY AT MEETING OF CREDITORS

**THIS MATTER** having been presented to the Court by the debtor, Jeanne Griscom, by and through counsel, Joseph J. Rogers, Esquire, and the Court having considered the matter, and for good cause shown;

**IT IS ORDERED and ADJUDGED** that the debtor, Jeanne Griscom, is excused from the requirement to take the pre-petition financial management course and the debtor education course;

**IT IS FURTHER ORDERED** that the debtor, Jeanne Griscom, is hereby excused from appearing in person at the Meeting of Creditors;

**IT IS FURTHER ORDERED** that David Griscom, by way of Power of Attorney, may sign bankruptcy documents and appear on behalf of the debtor, Jeanne Griscom, at the First Meeting of Creditors.

United States Bankruptcy Court
District of New Jersey

In re:  
Jeanne A. Griscom  
    Debtor

Case No. 18-34133-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 09, 2019  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2019.  
db          +Jeanne A. Griscom,    317 Dundee Drive,    Williamstown, NJ 08094-2911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Joseph J. Rogers    on behalf of Debtor Jeanne A. Griscom jjresq@comcast.net, jjresq1@comcast.net  
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                             TOTAL: 4