Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−34133−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeanne A. Griscom
   aka Jeanne Anne Griscom
   317 Dundee Drive
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−1105

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 21, 2019.

On December 14, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                January 20, 2021
Time:                09:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 15, 2020
JAN: eag

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jeanne A. Griscom  
    Debtor(s)

Case No. 18-34133-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Dec 15, 2020      Form ID: 185      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanne A. Griscom, 317 Dundee Drive, Williamstown, NJ 08094-2911 |
| cr | + | Planet Home Lending, LLC as servicer for Wilmingto, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Wilmington Trust, National Association, not in its, Friedman Vartolo, LLP, 1325 Franklin Avenue, Ste. 230, Garden City, NY 11530-1631 |
| 517911746 | + | Borough of Glassboro RCA, Home Inprovement Program, 1 South Main Street, Glassboro, NJ 08028-2539 |
| 517981725 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517911748 | + | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517911749 | + | Jefferson Health NJ, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 517911750 | #+ | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |
| 517911753 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517911754 | + | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 517981680 | + | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 517911755 | + | PNC Bank Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342-5433 |
| 517911757 | + | The Bank of NY Mellon Trustee, 500 Grant Street -1000, Pittsburgh, PA 15258-0001 |
| 518301409 | + | Wilmington Trust, National Association, et. al., c/o Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 518301410 | + | Wilmington Trust, National Association, et. al., c/o Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450, Wilmington Trust, National Association, c/o Planet Home Lending, LLC 06450-8342 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2020 21:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2020 21:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517911747 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 15 2020 22:18:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517944303 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 15 2020 22:18:41 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517911751 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 15 2020 21:15:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517911752 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2020 21:16:00 | Midland Funding LLC, 3111 Camino Del Rio North Suite 1300, San Diego, CA 92108-5750 |
| 517911756 | + | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2020 21:16:00 | PNC Bank National Association, PO Box 535230, Pittsburgh, PA 15253-5230 |
| 517913889 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2020 22:19:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 15, 2020 | Form ID: 185 | Total Noticed: 23
TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2020                    Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jonathan C. Schwalb | on behalf of Creditor Planet Home Lending LLC as servicer for Wilmington Trust National Association, not in its individual capacity but solely in its capacity as Trustee of MFRA Trust 2014-2 bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 bankruptcy@friedmanvartolo.com |
| Joseph J. Rogers | on behalf of Debtor Jeanne A. Griscom jjresq@comcast.net jjrogers0507@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7