| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MARTONE AND UHLMANN, P.C.<br>777 PASSAIC AVENUE<br>Clifton, NJ 07012<br>(973) 473-3000<br>bky@martonelaw.com<br>Attorneys for Secured Creditor/Servicing Agent<br>PNC MORTGAGE<br><br>In re:<br><br>Jeanne A. Griscom aka Jeanne Anne Griscom | Case No. 18-34133<br><br>Chapter 13<br><br>Judge Jerrold N. Poslusny, Jr. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PNC MORTGAGE. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

TO:   Martone and Uhlmann, P.C.
      777 Passaic Avenue
      Clifton, NJ 07042

DOCUMENTS:

☒   All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒   All documents and pleadings of any nature.

                                    Martone and Uhlmann, P.C.

                                    By: /s/Christian Del Toro, Esq.
Dated: October 28, 2021                  Christian Del Toro, Esq.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MARTONE AND UHLMANN, P.C.<br>777 PASSAIC AVENUE<br>Clifton, NJ 07012<br>(973) 473-3000<br>bky@martonelaw.com<br>Attorneys for Secured Creditor/Servicing Agent<br>PNC MORTGAGE<br><br>In re:<br><br>Jeanne A. Griscom aka Jeanne Anne Griscom | Case No. 18-34133-JNP<br><br>Chapter 13<br><br>Judge Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF SERVICE

1. I, Melissa Uhlmann, am the Legal Assistant for Christian Del Toro, Esq., who represents PNC BANK, NATIONAL ASSOCIATION in the above captioned matter.

2. On October 28, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart:

    Notice of Appearance

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                                                        /s/Melissa Uhlmann
                                                                                           Melissa Uhlmann

Dated: October 28, 2021

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeanne A. Griscom<br>317 Dundee Drive<br>Williamstown, NJ 08094 | Debtor(s) | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Joseph J. Rogers<br>Washington Professional Campus<br>900 Route 168<br>Suite I-4<br>Turnersville, NJ 08012 | Debtor(s) Attorney | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.