Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for Planet Home Lending as servicer for
Wilmington Trust National Association, not in its
individual capacity but solely in its capacity as Trustee of
MFRA Trust 2014-2
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X

IN RE:

Jeanne A. Griscom aka Jeanne Anne Griscom

Debtor

CASE NO.: 18-34133-JNP

CHAPTER: 13

HON. JUDGE.:
Jerrold N. Poslusny Jr.

HEARING DATE:
November 23, 2021 at 11:00AM

-------------------------------------------------------------------X

## LIMITED OPPOSITION TO DEBTOR'S MOTION TO SELL REAL PROPERTY

Jonathan Schwalb, an attorney admitted to practice before the United States Bankruptcy Court for the District of New Jersey, hereby affirms the following to be true under the penalty of perjury:

1. Planet Home Lending, LLC as Servicer for Wilmington Trust National Association, not in its individual capacity but solely in its capacity as Trustee of MFRA Trust 2014-2 (hereinafter "Secured Creditor"), by and through its attorneys, Friedman Vartolo LLP, submits this affirmation in response to the motion Jeanne A. Griscom aka Jeanne Anne Griscom (hereinafter "Debtor"), dated October 25, 2021, seeking to sell the real property located at 228 Bladwin Road, Borough of Glassboro, NJ 08028 (hereinafter "Property").

2. The Debtor filed a Chapter 13 Bankruptcy Petition on December 7, 2018.

3. The Secured Creditor is a lien holder of the Debtor. This debt is evidenced by a Proof of Claim, filed on the Court's Claim Register as claim number 2-1 (hereinafter "Proof of Claim") which detailed a total debt at the time of filing in the amount of $102,100.50.

4. The Debtor's Motion now seeks court approval to sell the Property for the sum of $172,000.00.

5. The Motion relies on an outdated payoff as the amount owed to Secured Creditor. This does not accurately reflect the current payoff figure and should not be relied upon at closing.

6. Secured Creditor does not object to the sale of the Property, however Secured Creditor submits this limited response seeking assurance that any Order granting the Motion includes a provision which states that Secured Creditor will be paid in full on the closing date from a payoff which will be provided at closing.

7. Secured Creditor also requests that adequate protection payments be made pending the closing.

8. Secured Creditor also requests that any Order granting the Motion confirm that Secured Creditor's Proof of Claim will no longer receive any payments from the Chapter 13 Trustee under the Chapter 13 Plan as the loan will be paid in full at closing.

**WHEREFORE**, Secured Creditor respectfully requests that the Debtor's Motion be granted to the extent outlined above and for all other and further relief as is just and proper.

Dated: New York, NY
      November 2, 2021

By: /s/ Jonathan Schwalb
Jonathan Schwalb, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Planet Home Lending as servicer
for Wilmington Trust National Association, not
in its individual capacity but solely in its
capacity as Trustee of MFRA Trust 2014-2
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>Planet Home Lending as servicer for Wilmington Trust National Association, not in its individual capacity but solely in its capacity as Trustee of MFRA Trust 2014-2 | Case No.: 18-34133-JNP<br><br>Chapter: 13 |
| In Re:<br><br>Jeanne A. Griscom<br>aka Jeanne Anne Griscom | Adv. No.:<br><br>Hearing Date:<br><br>Hon. Judge: Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, Katie Crotteau :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for Jonathan Schwalb, Esq., who represents Planet Home Lending in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On November 2, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Limited Opposition to Motion to Sell

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 2, 2021            /s/Katie Crotteau
                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeanne A. Griscom<br>aka Jeanne Anne Griscom<br>317 Dundee Drive<br>Williamstown, NJ 08094 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Joseph J. Rogers<br>Washington Professional Campus<br>900 Route 168<br>Suite I-4<br>Turnersville, NJ 08012 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |