UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Joseph J. Rogers, Esquire (JJR1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

**Order Filed on December 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jeanne A. Griscom

Case No.: 18-34133 JNP

Hearing Date:

Chapter: 13

Judge: Jerrold Poslusny

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:  ☐ Followed    ☒ Modified

The relief set forth on the following pages numbered two (2) through four (4) is **ORDERED**.

**DATED: December 1, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as ___228 Baldwin Road, Glassboro, NJ 08029___, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Steven Passarella, Esq |
| Amount to be paid: | $2,000.00 at closing |
| Services rendered: | Preparation of sale contract and closing documents, attendance at closing |

**OR:** ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $ __$1,000**__ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

```
The debtor shall amend Schedule J within 20 days of closing.
The 14-day stay provision of Fed. R. Bankr. P. 6004(h) is hereby waived.




All liens against the property shall remain in full force and effect until
paid in full at closing.

**proceeds from sale are expected to exceed trustee payoff; $3,000 or the
amount of the trustee payoff provided, whichever is higher, shall be paid to
Isabel C. Balboa, Chapter 13 Standing Trustee, and remaining net proceeds
after closing costs may be paid to the seller.
```

rev.8/1/15

Page 4 of 4
Debtor: Jeanne A. Griscom
Case No.: 18-34133 (JNP)
Caption of Order: ORDER AUTHORIZING SALE OF REAL PROPERTY

IT IS FURTHER ORDERED, Secured Creditor PNC Bank only accepts the Sale of the Property located 228 Baldwin Road, Glassboro, NJ 08028 to the extent that the full payoff determined only by the Secured Creditor. The Trustee and/or Debtor reserves the right to question, contest and/or request verification of any line item(s) in the Mortgagee's Payoff Statement but waives any challenge to the contractual calculation of the full amount due. If the sale price is not enough to make a full payoff of the Secured Creditor's Lien, the Mortgagee may, in their exclusive and unrestricted discretion, agree to accept less than the full amount due to release their lien, but is not obligated to do so;

IT IS FURTHER ORDERED, Secured Creditor PNC Bank accepts the sale so long as the property is sold within ninety (90) days of the entry of the Order Granting the Motion to Sell the property located 228 Baldwin Road, Glassboro, NJ 08028. If the Debtor fails to sell the property within this time frame the Court will enter an order granting the Secured Creditor relief from the Automatic Stay.

IT IS FURTHER ORDERED that all secured creditors will be paid in full on the closing date from a payoff provided at closing; adequate protection payments shall continue to be made pending the closing.

IT IS FURTHER ORDERED that Secured creditor Planet Home Lending as servicer for Wilmington Trust shall receive no further payments from the Chapter 13 trustee after the loan is paid in full at closing.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 18-34133-JNP
Jeanne A. Griscom                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1             User: admin             Page 1 of 2
Date Rcvd: Dec 01, 2021        Form ID: pdf903        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeanne A. Griscom, 317 Dundee Drive, Williamstown, NJ 08094-2911 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2021             Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian Del Toro | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jonathan C. Schwalb | on behalf of Creditor Planet Home Lending LLC as servicer for Wilmington Trust National Association, not in its individual capacity but solely in its capacity as Trustee of MFRA Trust 2014-2 bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 bankruptcy@friedmanvartolo.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 01, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Joseph J. Rogers
    on behalf of Power of Attorney David L. Grsicom jjresq@comcast.net jjrogers0507@gmail.com

Joseph J. Rogers
    on behalf of Debtor Jeanne A. Griscom jjresq@comcast.net jjrogers0507@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9